AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   ) | | 8:05CR117 |
|             Plaintiff,   ) | | |
|    ) | | |
| v.   ) | | USM No: 20629-047 |
|    ) | | |
| SENTWALI BUCKLEY   ) | | JESSICA P. DOUGLAS |
|             Defendant.   ) | | Defendant's Attorney |
| Date of previous judgment: 12/15/2006   ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 70 months is reduced to 57 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level:   27          Amended Offense Level:   25
    Criminal History Category:   I          Criminal History Category:   I
    Previous Guideline Range:   70  to  87  months          Amended Guideline Range:   51  to  71  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated December 15, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 8th day of May, 2008
Effective Date: May 8, 2008

                                                s/ Joseph F. Bataillon
                                                Chief United States District Judge